I would like to seek legal compensation from Terre Haute Police Dept for tasering me in the face on Feb. 5. approx 2-3 am, the morning of my arrest. I would also like to seek legal compensation from Vigo County Jail 3 for many situations such as; Stripping me naked and re-dressing me, and tasering multiple times again in the buttocks, when arriving to the jail on Feb. 5, approx 7:27 am. I have an active PREA going against officers Hike, Dove, Cranford and others. I have a mental health code and I have been in solitary, the padded cell, holding cell, and segregation the whole time I have been incarcerated since Feb. 5. I have been refused medical attention on multiple dates and times, Excessive force in padded cell #1 approx 7-9 pm, by C/O's Sgt. Dugger, Reagan, Rush, Chafos, Keegan. If an individual is on anti-phycotic meds, an individual is not supposed to be in segregation longer then 30 days, and like I said I've been confined since Feb. 5th. Their excessive force and cell extractions caused my hernia to pertrude. I came to the jail and let them know that I had pnemonia, and had lidocaine 5% patches in my property and naproxin and never recieved any medical treatment. I've wrote many grievances.

→

FILED
04/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I continuously asked for no soy, no beans and still receive soy and bean, they do not honor my special diet. I have written food grievances, all my medical grievances and complaint are documented on the kiosk, I have fractures in my face and was refused stitches or outside treatment at that point in time, I only received a catscan a month and a half later. I received my catscan a UAP. I did not even get the results of my catscan until weeks later, I have not even gotten a tylenol for my fractures and I have heavy migraines refused an inhaler, when seen by the doctor, no results on my x-ray on my ribs. Hernia not looked at yet. Medical Negligence. Jail Conditions must not be punitive or an exaggerated response to a security need. Seeking Nominal, Compensatory, and punitive damages under Section 1983 Federal Lawsuit. Camera footage with THPD, body cam, Union Hospital will show catscan by THPD. Vigo County Jail will show camera footage at specified times and an ongoing PREA at VCJS.

3-31-23

x [signature]