UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEREK ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00179-JPH-MJD |
| | ) |
| TERRE HAUTE POLICE DEPT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 6/23/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
Deputy Clerk, U.S. District Court

Distribution:

DEREK ANDERSON
913588
600 HONEY CREEK DR
TERRE HAUTE, IN 47802